Jeremy S. Golden, Esq. (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HOEL,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; NAVIENT SOLUTIONS, LLC; AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>Defendants. | Case No.: 8:24-cv-00347-JLS-KESx<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation this court hereby dismisses this action with prejudice. Each party to bear its own fees and costs.

IT IS SO ORDERED

DATE: 2/19/2025           BY: *Josephine L. Staton*
                              UNITED STATES DISTRICT JUDGE
                              JOSEPHINE L. STATON